UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVE SANDS,

                    Plaintiff,

    - against -

MOVIEPILOT, INC.

                    Defendant.

Docket No. _____

JURY TRIAL DEMANDED

---

## COMPLAINT

Plaintiff Steve Sands ("Sands" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Moviepilot, Inc. ("Moviepilot" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of five (5) copyrighted photographs of scenes from television series Jessica Jones, owned and registered by Sands, a New York City based photojournalist. Accordingly, Sands seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant are doing business in New York.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Sands is a professional photojournalist in the business of licensing his photographs to online, print, and television stations for a fee, having a usual place of business at 568 Grand Street, #J903, New York, New York, 10002.  Sands' photographs have appeared in many publications around the United States.

6.      Upon information and belief, Moviepilot is a corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 2100 Abbot Kinney Blvd., Unit D, Venice Beach, California, 90291. At all times material hereto, Moviepilot has owned and operated a website at the URL: www.moviepilot.com (the "Website").

## STATEMENT OF FACTS

### A.      Background and Plaintiff's Ownership of the Photographs

7.       Sands photographed scenes from the television series Jessica Jones (the "Photographs"). A true and correct copy of the Photographs are attached hereto as Exhibit A.

8.      Sands then licensed the Photographs to Getty Images.

9.      Sands is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

10.      The Photographs were registered with Copyright Office and were given Copyright Registration Number VA 1-990-615.

### B.      Defendant's Infringing Activities

11.      Upon information and belief, on July 11, 2015, Moviepilot ran an article on the Website entitled *Luke Cage Is Literally on fire in New 'Jessica Jones' Set Pics*. See http://moviepilot.com/posts/2015/07/12/luke-cage-is-literally-on-fire…ssica-jones-set-pics-3375704?lt_source=external,manual,manual,manual. And on July 29, 2015, Moviepilot ran an

article on the Website entitled *Netflix are creating an impressive Marvel Universe!*  See

http://moviepilot.com/posts/3424265. The articles prominently featured the Photographs. A true

and correct copy of the articles are attached hereto as Exhibit B.

12.     Moviepilot did not license the Photographs from Plaintiff for its articles, nor did

Moviepilot have Plaintiff's permission or consent to publish the Photographs on its Website.

### FIRST CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST MOVIEPILOT)
### (17 U.S.C. §§ 106, 501)

13.     Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-12 above.

14.     Moviepilot infringed Plaintiff's copyright in the Photographs by reproducing and

publicly displaying the Photographs on the Website. Moviepilot is not, and has never been,

licensed or otherwise authorized to reproduce, publically display, distribute and/or use the

Photographs.

15.     The acts of Defendant complained of herein constitute infringement of Plaintiff's

copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the

Copyright Act, 17 U.S.C. §§ 106 and 501.

16.     Upon information and belief, the foregoing acts of infringement by Moviepilot

have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's

rights.

17.     As a direct and proximate cause of the infringement by the Defendant of

Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and

defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18.     Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photographs, pursuant to 17 U.S.C. § 504(c).

19.     Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

20.     Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages.  Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant Moviepilot be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2.     Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photographs; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.     That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.     That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5.     That Plaintiff be awarded pre-judgment interest; and

6.     Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).


Dated: Valley Stream, New York
      June 28, 2016

                                LIEBOWITZ LAW FIRM, PLLC

                                By: /s/ Richard Liebowitz
                                    Richard P. Liebowitz
                              11 Sunrise Plaza, Suite 301
                              Valley Stream, NY 11580
                              Tel: (516) 233-1660
                              RL@LiebowitzLawFirm.com

                              *Attorney for Plaintiff Steve Sands*